**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONZO TREVON TALLEY, | Case No. CV 15-2338-VAP (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 9, 2015

_____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE